| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Linda E. Sargent** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–7597** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | _____ <br> First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of Vermont** | | |
| Case number:   **17–10140** | | |

# Order of Discharge                                                            12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Linda E. Sargent
dba Touch of Class Cleaning

7/6/17                                                              **By the court:**   Colleen A. Brown
                                                                                                         United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                            **Order of Discharge**                            page 2

United States Bankruptcy Court
District of Vermont

In re:                                                                          Case No. 17-10140-cab
Linda E. Sargent                                                                Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0210-2          User: sjl                    Page 1 of 1                    Date Rcvd: Jul 06, 2017
                              Form ID: 318                 Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2017.
db           +Linda E. Sargent,    233 Squires Road,    Manchester Center, VT 05255-9347
817607       +Citibank / Sears,    Citicorp Credit Services,    P.O. Box 790040,    Saint Louis, MO 63179-0040
817609       +Comenity Bank / BJ's Club,    P.O. Box 182125,    Columbus, OH 43218-2125
817611       +First National Bank,    Attn: FNN Legal Dept,    1620 Dodge Street,    Mailstop Code 3290,
               Omaha, NE 68102-1593
817613       +RBS Citizens,    1 Citizens Drive,    Riverside, RI 02915-3019

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
817605       +EDI: TSYS2.COM Jul 06 2017 20:08:00      Barclays Bank Delaware,    P.O. Box 8801,
               Wilmington, DE 19899-8801
817606       +EDI: CHASE.COM Jul 06 2017 20:08:00      Chase Card Services,    P.O. Box 15298,
               Wilmington, DE 19850-5298
817608       +EDI: CITICORP.COM Jul 06 2017 20:08:00      Citicards CBNA,    P.O. Box 6241,
               Sioux Falls, SD 57117-6241
817610       +EDI: DISCOVER.COM Jul 06 2017 20:08:00      Discover Financial,    P.O. Box 3025,
               New Albany, OH 43054-3025
817612        E-mail/Text: camanagement@mtb.com Jul 06 2017 19:58:41      M & T Bank,    Attn: Bankruptcy,
               1100 Wehrle Dr  2nd Floor,   Williamsville, NY 14221
817614       +EDI: RMSC.COM Jul 06 2017 20:08:00      Synchrony Bank / Walmart,    P.O. Box 965064,
               Orlando, FL 32896-5064
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 6, 2017 at the address(es) listed below:
              Heather Z Cooper    on behalf of Debtor Linda E. Sargent hcooper@fgmvt.com,    lclifford@fgmvt.com
              Raymond J Obuchowski, Chapter 7 Trustee    ray@oeblaw.com,
               VT02@ecfcbis.com;marie@oeblaw.com;vtrustee@sover.net
              U S Trustee    ustpregion02.vt.ecf@usdoj.gov
                                                                                              TOTAL: 3